**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Patricia Lawton Harris                                          8:10-bk-03084-CPM

     Debtor.

_____/

**TRUSTEE'S MOTION TO SELL PROPERTY**
**FREE AND CLEAR OF INTERESTS AND LIENS**

**COMES NOW**, Larry S. Hyman, Chapter 7 Trustee (the "Trustee"), who hereby request this Honorable Court to enter an order allowing the Trustee to sell property of the estate free and clear of all interests and liens pursuant to § 363(f) of the Bankruptcy Code, and in support thereof states:

1.     The Debtor filed her voluntary petition for relief under Chapter 7 of the Bankruptcy Code on February 12, 2010.

2.     The Debtor listed personal property on Schedule B of her bankruptcy schedules more particularly described as 11,768 shares of Kemper High Yield Fund Class A (the "Property") with a value of $54,000.00.

3.     The Debtor claimed the amount of $0.00 as exempt on Schedule C.

4.     The Property has greater value than the amount owed upon it.

5.     The Trustee hereby seeks authority to sell the Property free and clear of all interests and liens thereon as of the date of the sale.

6.     The Trustee is aware of possible liens as follows:

> Bank of America in the approximate amount of $42,024.83 (pursuant to Proof of Claim #2).

7.     The Trustee intends to sell the Property free and clear of all interests and liens. Section 363(f) of the Bankruptcy Code provides that the Trustee may sell property of the estate

free and clear of any interest of an entity in the property other than the estate if 1) applicable non-bankruptcy law permits sale of such property free and clear of such interest; 2) such entity consents; 3) such interest is a lien and the price at which such property is sold is greater than the aggregate value of all liens on such property; 4) such interest is in bona fide dispute or 5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest. In this case, applicable non-bankruptcy law permits the sale of the Property free and clear, the Trustee expects the Property to sell for an amount greater the value of the known lien and the lien holder consents to the sale.

8.      The sale contemplated by this motion will result in a conveyance free and clear of all interests and liens including the equity or interest claimed by the entities listed above. If this motion is granted by the Court, it will result in severing any and all such claims against the Property leaving such claimants to file claims in this bankruptcy case for the purpose of asserting claims to the proceeds of the sale of the Property as follows:

      a.      In such amounts allowed by the Court; and

      b.      In such priority ordered by the Court that may result in the shortfall of funds available to pay claimants whose interests are subordinate to those relating to taxes and liens as may be allowed by the Court.

9.      It is in the best interest of the estate and its creditors to sell the Property quickly so as to minimize depreciation and accruing interest.

10.      The Trustee seeks authority to pay the lien holder the approximate amount of $42,024.83 from the sale proceeds.

**WHEREFORE**, the Trustee requests entry of an order:

a. Authorizing the Trustee to sell the Property free and clear of all interests and liens thereon, with any interests and liens on the property to attach to the proceeds of the sale.

b. Authorizing immediate payment to the lien holder.

c. For such further and other relief as is just and proper.

/s/ Larry S. Hyman, Trustee
Larry S. Hyman, Trustee
P.O. Box 18625
Tampa, FL 33679

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion has been furnished by First Class U.S. Mail or the Court's CM/ECF system on the 7th day of June 2011 to: **Patricia Lawton Harris,** 1001 Starkey Rd., Lot 73, Largo, FL 33771; **Andre Sanders, Esq.,** Sanders Law, P.A., 5922 9th Avenue N., Ste C, 2nd FL, St. Petersburg, FL 33710; **Assistant U.S. Trustee,** 501 E. Polk St., Suite 1200, Tampa, FL 33602 and to **all parties listed on the mailing matrix attached hereto**.

/s/ Larry S. Hyman, Trustee
Larry S. Hyman, Trustee
